UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 16-00146 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| JESSICA M. MILLWOOD | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant Jessica M. Millwood and adjudges her guilty of the offense charged in Count One of the Superseding Bill of Information against her.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 22nd day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE